

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       In re Texas-New Mexico Power Company, Relator

Appellate case number:    01-18-01075-CV

Trial court case number:   2017-64096

Trial court:                      234th District Court of Harris County

On December 6, 2018, relator, Texas-New Mexico Power Company, filed a petition for a writ of mandamus seeking to compel the respondent district judge to vacate his October 8, 2018 order denying relator's motion to dismiss for subject matter jurisdiction without prejudice and to compel respondent to enter an order of dismissal for want of subject-matter jurisdiction for relator. Relator has included an appendix with its petition. *See* TEX. R. APP. P. 52.3(k), 52.7.

With the petition, relator also filed an opposed "Motion for Stay Pending Ruling on Petitioner's Petition for Writ of Mandamus" seeking a temporary stay of the underlying trial court proceeding, pending disposition of this petition. Relator's motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motion and **ORDERS** that the underlying trial court proceeding is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.

Judge's signature: __/s/ Laura C. Higley_____
        ☒ Acting individually   ☐ Acting for the Court
Date: _December 7, 2018___